# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
Trustee                   Facsimile: (518) 449-2473   P.O Box 1918
**Bonnie Baker, Esq.**                                Memphis, TN  38101-1918
Assoc. Attorney

June 4, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:     05-13659              Casimer J. Polek

To Whom It May Concern:

Enclosed please find check #**808220** in the amount of **$47.00**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        1

Account#         209-1-1252739

Creditor         Long Beach Acceptance Corp.
                 POB 11450
                 Santa Ana, CA 92711

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli